# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. TASHA LEIGH MORSETTE, Defendant. | CR 21-35-GF-BMM ORDER GRANTING MOTION TO REVOKE PRETRIAL RELEASE AND ISSUING WARRANT |

The Government has moved to revoke the defendant's pretrial release. I find there is probable cause to believe the defendant has violated her conditions of release, supported by the affidavit of the U.S. Pretrial Services Officer given under penalty of perjury. The Court grants the motion and orders the issuance of a WARRANT.

Ordered this 22nd day of June, 2021.

John Johnston
United States Magistrate Judge

1