# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TASHA LEIGH MORSETTE,<br><br>　　　　Defendant. | **CR 21-35-GF-BMM**<br><br>**ORDER** |

　　　　Tasha Leigh Morsette ("Morsette") filed a Motion for Early Termination of Supervised Release on April 11, 2023. (Doc. 46.) The United States Attorney does not oppose the Court granting the motion. (*Id.*) The Court conducted a hearing on the motion on April 19, 2023. (Doc. 49.) For the reasons below, the Court now grants Morsette's motion.

　　　　Morsette pled guilty to Distribution of Controlled Substances, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, at a change of plea hearing on August 19, 2021. (Doc. 36.) The Court sentenced Morsette to the Bureau of Prisons on December 7, 2021, for a term of time served, followed by two years of supervised release. (Doc 44.)

　　　　Federal law authorizes a defendant to move for termination of supervised release after successfully completing one year if the Court is satisfied that such action remains "warranted by the conduct of the defendant and the interest of

1

justice." 18 U.S.C. § 3564(c). The Court must consider the factors in 18 U.S.C. § 3553(a) when evaluating whether to terminate a term of supervised release.

The factors in 18 U.S.C. § 3553(a) support an early termination of Morsette's supervised release. Morsette has been under supervision without incident for approximately 16 months. Morsette began supervised release on December 7, 2021. (Doc. 47 at 2.) There is no indication in the record that Morsette has violated the terms of her supervision. Morsette has completed inpatient treatment, works full-time, has secured stable housing, and continues to receive mental health support through her therapist. (*Id.*) Morris's probation officer, Jessica Heim "full[y] support[s] early termination" and emphasizes that Morsette "has worked very hard to be where she is." (*Id.*)  Termination of supervision is warranted.

Accordingly, **IT IS ORDERED:**

1. Morsette's Motion for Early Termination of Supervised Release (Doc. 46) is **GRANTED**.

2. Morsette is **DISCHARGED** from supervised release.

DATED this 19th day of April, 2023.

_____
Brian Morris, Chief District Judge
United States District Court